PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joseph Taglianetti     **Docket Number:** 01-00434-001
**PACTS Number:** 30044

**Name of Sentencing Judicial Officer:** The Honorable Faith S. Hochberg, U.S.D.J.

**Date of Original Sentence:** 06/24/2003

**Original Offense:** Extortion

**Original Sentence:** 46 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release     **Date Supervision Commenced:** 03/26/2007

**Assistant U.S. Attorney:** Aidan O'Connor, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To Be Assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'<br><br>On various dates between August 20, 2008, and February 20, 2009, Taglianetti associated with Leo Siatta, an associate of the Bonanno Crime family, and Frank Pastore, a convicted felon and Taglianetti's co-defendant in the instant offense. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall refrain from all gambling activities, legal or otherwise. He is to attend Gamblers Anonymous, or similar treatment, at the direction of the U.S. Probation Office. He shall abide by the rules of said treatment and will remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office. The defendant shall register on the self-exclusion lists maintained by the New Jersey Casino Control Commission and** |

**Racetrack Commission within 60 days of the commencement of supervision and remain on these lists for the duration of supervision.'**

On various dates between August 20, 2008, and February 20, 2009, Taglianetti was observed by probation officials at various Off Track Betting (OTB) franchises holding betting slips.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 04/21/2009

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 5/13/09 @ 1:30 P.M.
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/24/09
Date